**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**DANIEL C. TETREAULT, ESQ.**
Nevada Bar No. 11473
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
alia@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSIA WRENN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HANKINS & SOHN PLASTIC SURGERY ASSOCIATES, P.C., dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES, SAMUEL M. SOHN, WARREN TRACY HANKINS, ROE DATA SECURITY COMPANY, ROE NETWORK SECURITY COMPANY, DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:23-cv-00710-CDS-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO CONSOLIDATE** |

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO CONSOLIDATE**

　　　　Plaintiff Jennifer Tausinga ("Plaintiff") and Defendant. Hankins & Sohn Plastic Surgery Associates dba Hankins Plastic Surgery Associates, P.C. ("Defendant") stipulate as follows:

　　　　1.　　On July 14, 2023, Defendant filed a Motion to Consolidate this case with Case No. 2:23-cv-00710-CDS-DJA [ECF No. 9] and a Motion to Dismiss [ECF No. 12].

　　　　2.　　The operative deadline for Plaintiff to respond to both motions is July 28, 2023 [ECF No. 9] [ECF No. 10].



3. The past two weeks the parties have been engaged in discussions to stipulate to the motion to consolidate Case No. 2:23-cv-00824-RFB-DJA with Case No. 2:23-cv-00710-CDS-DJA and file a consolidated complaint. The parties are currently working on the terms of the stipulation.

4. Plaintiff has requested and Defendant has agreed to an extension of the current deadlines for both motions up to and including August 11, 2023 to provide additional time for the parties to focus on consolidating the two matters, while avoiding the expense of briefing and arguing the issues.

5. The parties agree that there is good cause for this extension.

6. This is the first request for an extension, and it is made in good faith and not for purpose of delay.

DATED this 28th day of July 2023.

| THE BOURASSA LAW GROUP | KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD. |
|---|---|
| /s/ Jennifer A. Fornetti | /s/ Gary E. Schnitzer |
| MARK J. BOURASSA, ESQ. (NBN 7999) | Gary E. Schnitzer, Esq. |
| JENNIFER A. FORNETTI, ESQ. (NBN 7644) | L. Renee Green, Esq. |
| VALERIE S. GRAY, ESQ. (NBN 14716) | 8985 So. Eastern Avenue, Suite 200 |
| 2350 W. Charleston Blvd., Suite 100 | Las Vegas, Nevada 89123 |
| Las Vegas, Nevada 89102 | Telephone: (702) 362-6666 |
|  | Facsimile: (702) 362-2203 |
| GARY F. LYNCH (*pro hac vice* forthcoming) | *Attorneys for Defendant* |
| NICHOLAS A. COLELLA (*pro hac vice* forthcoming) |  |
| PATRICK D. DONATHEN (*pro hac vice* forthcoming) | **LADAH LAW FIRM** |
| LYNCH CARPENTER LLP | /s/ Daniel C. Tetreault |
| 1133 Penn Avenue, 5th Floor | RAMZY PAUL LADAH, ESQ. |
| Pittsburgh, PA 15222 | Nevada Bar No. 11405 |
| *Attorneys for Plaintiff* | DANIEL C. TETREAULT, ESQ. |
|  | Nevada Bar No. 11473 |
|  | 517 S. Third Street |
|  | Las Vegas, NV 89101 |
|  | *Attorneys for Plaintiff* |

**ORDER**

On the basis of good cause, IT IS ORDERED that the deadline for Plaintiff to respond to Defendant's Motion to Consolidate [ECF No. 9] and Defendant's Motion to Dismiss [ECF No. 12] is extended up to and including August 11, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2023